940 So.2d 1281 (2006)
Brad W. MOSS d/b/a Alloy Wheel Repair Specialist of Palm Beach, Appellant,
v.
WHEEL REPAIR SOLUTIONS INTERNATIONAL, INC., Appellee.
No. 4D06-1542.
District Court of Appeal of Florida, Fourth District.
November 8, 2006.
Brad W. Moss, Delray Beach, pro se.
Kathleen E. Mones of Seyfarth Shaw, LLP, Atlanta, GA, for appellee.
PER CURIAM.
Affirmed. See SAI Ins. Agency, Inc. v. Applied Sys., Inc., 858 So.2d 401 (Fla. 1st DCA 2003).
STONE, SHAHOOD and HAZOURI, JJ., concur.